**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Jeffrey Wan, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DraftKings Inc.,

Defendant.

Civil Action No. 1:24-cv-09557

**DRAFTKINGS INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

**TO ALL COUNSEL:**

**PLEASE TAKE NOTICE THAT** on June 23, 2025, at 10:00 in the forenoon, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Alvin K. Hellerstein, located in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, DraftKings Inc. will and hereby does move this Court to Dismiss Plaintiff's First Amended Complaint.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6), on the grounds that Plaintiff has failed to state a claim under the Video Privacy Protection Act and the Federal Wiretap Act, and based on all applicable law.

This Motion is based on this Notice of Motion and Memorandum of Points and Authorities filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

The Parties previously agreed, and the Court ordered, the following revised briefing schedule: Defendant shall have until April 28, 2025 to respond to the Amended Complaint;

Plaintiff shall have until May 28, 2025 to oppose the motion, and Defendant will have until June 18, 2025 to file its Reply.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

DATED: April 28, 2025

By: */s/ Scott C. Hall*

Richard R. Patch (*pro hac vice*)
Scott C. Hall (*pro hac vice* )
Mari S. Clifford (*pro hac vice*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: (415) 391-4800
Facsmile: (415) 989-1663
Email: ef-rrp@cpdb.com
ef-sch@cpdb.com
ef-msc@cpdb.com

James T. Sandnes
SKARZYNSKI MARICK & BLACK LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Email: jsandnes@skarzynski.com

*Counsel for Defendants DraftKings Inc.*