

**FIRM**

140 BROADWAY, FL. 46
NEW YORK, NY 10005
WWW.GR-FIRM.COM

ADRIAN GUCOVSCHI, ESQ.
TEL: (212) 884-4230
EMAIL: ADRIAN@GR-FIRM.COM

May 27, 2025

*Via ECF*

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Jeffrey Wan v. DraftKings, Inc.* No. 24-cv-09557 (S.D.N.Y.)
       **Motion to Stay Pending Settlement Agreement.**

Dear Judge Hellerstein:

We write pursuant to Rule 1.D of this Court's individual rules to inform the Court that Plaintiff Jeffrey Wan and Defendant DraftKings, Inc., have reached a settlement in principle to resolve this case. As such, the parties respectfully request the Court enter a 30-day stay of this action to permit Plaintiff and Defendant time to finalize the settlement agreement and dismiss this action.

Thank you in advance for Your Honor's consideration of and attention to this matter.

Respectfully submitted,

By: */s/ Adrian Gucovschi*
Adrian Gucovschi, Esq.
Attorney for Plaintiff

cc: All counsel of record (via ECF)

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

_____
Alvin K. Hellerstein, U.S.D.J.
Date: 5/28/25